**SQUEEZ-A-PURSE CORPORATION,**
Appellant,

v.

**Benjamin STILLER et al., Appellees.**
No. 14006.

United States Court of Appeals
Sixth Circuit.
May 2, 1960.

William R. Liberman, New York City, Sanford Schnurmacher, Cleveland, Ohio, for appellant.

Albert R. Teare, Cleveland, Ohio, J. William Freeman, Akron, Ohio, for appellees.

Before MARTIN, WEICK and O'SULLIVAN, Circuit Judges.

PER CURIAM.

Upon consideration of the appeal,

It is ordered that the judgment of the District Court be affirmed on the mem-

orandum opinion of District Judge Jones, 175 F.Supp. 667, and that this cause be remanded to that court for further proceedings not inconsistent with this order.